1  Jennifer Stisa Granick (CA Bar No. 168423)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
2  39 Drumm Street, San Francisco, CA 94103
   T: 415.343.0758
3  jgranick@aclu.org

4  Brett Max Kaufman
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
5  125 Broad Street, 18th Floor, New York, NY 10004
   T: 212.549.2603
6  F: 212.549.2654
   bkaufman@aclu.org
7
   *Attorneys for Movants American Civil Liberties Union & American Civil Liberties Union
8  Foundation*

9  *Additional counsel for all Movants listed on signature page of related Motion.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION AND ORDER ISSUED IN OR ABOUT SEPTEMBER 2018 | Misc. No. ___<br><br>**[Proposed] Order Granting Motion to Unseal Court Records Concerning U.S. Department of Justice Motion to Compel Facebook** |
|---|---|

[PROPOSED] ORDER GRANTING MOTION TO UNSEAL COURT RECORDS CONCERNING U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK

**[PROPOSED] ORDER**

Upon consideration of Movants' motion to unseal court records concerning the U.S. Department of Justice's Motion to compel Facebook, *see* ECF No. 1, it is hereby:

ORDERED that the motion is GRANTED and that the seal on documents at ECF Nos. _____ of Docket No. _____ be lifted, and the Clerk is directed to file these documents on the public record.

Dated: _____          Signed: _____

[PROPOSED] ORDER GRANTING MOTION TO UNSEAL COURT RECORDS CONCERNING U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK

1