# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018** | Misc. Case No. 1:18-mc-00057-LJO-EPG<br><br>**SCHEDULING ORDER RE MOTIONS TO UNSEAL** |

The Court has received two formal requests to unseal court documents. Due to the press of cases that have time-precedent (all) and constitutional-precedent (some) over the just-filed requests, coupled with their being neither factual nor legal urgency, the Court has only quickly perused the requests. The quick perusal by the Court indicates that the Department of Justice and Facebook have been singled out factually. The Court, therefore, ORDERS the Clerk of the Court to provide the just-filed requests to both entities forthwith.

Should either or both of the entities wish to be heard in written form, they must file whatever documents they wish the Court to consider on or before January 7, 2019. As soon as the Court is able to review not only the filed requests, but also any documents filed by either the Department of Justice and/or Facebook, it shall respond in an appropriate fashion.

IT IS SO ORDERED.

Dated:  **November 29, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE