IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO. 1:18-MC-00057-LJO-EPG<br><br>ORDER ON MOTION TO EXTEND THE TIME TO FILE RESPONSES TO THE MOTIONS TO UNSEAL |

After considering the Government's Motion, filed under seal, to Extend the Time to File Responses to the Motions to Unseal in this matter, and finding good cause therefore, IT IS ORDERED THAT:

The Department of Justice and Facebook may file any written responses and documents they wish the Court to consider on or before February 7, 2019. There will be no further continuances.

IT IS SO ORDERED.

Dated: **December 20, 2018**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE

ORDER                                    1