MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO.: 1:18-MC-00057-LJO-EPG<br><br>NOTICE OF APPEARANCE |

Plaintiff, UNITED STATES OF AMERICA, hereby designates the following attorney as counsel for service in this action:

KIMBERLY A. SANCHEZ
Assistant United States Attorney
U.S. Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
E-mail: Kimberly.Sanchez@usdoj.gov

I hereby certify that I am an attorney admitted to practice in this court.

Dated: February 7, 2019

MCGREGOR W. SCOTT
United States Attorney

By:  /s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney