McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

JEFFREY S. POLLAK
Criminal Division
U.S. Department of Justice

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO. 1:18-MC-00057-LJO-EPG<br><br>ENTRY OF APPEARANCE AND DESIGNATION OF UNITED STATES COUNSEL |

Having been granted by Deputy Assistant Attorney General Raymond N. Hulser the authority to conduct in this District any kind of proceedings which United States Attorneys are authorized to conduct; pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this District, Part VI, paragraph B, I confirm my appearance as counsel of record on this case for the United States of America. I am an employee of the United States and a member in good standing of the Bar of the State of New York (Registration No. 4084158), and therefore may practice in this Court pursuant to Local Rule 83-180(b)(1).

Dated: February 7, 2019

Respectfully Submitted,

JEFFREY S. POLLAK
Criminal Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Telephone: (202) 514-6809
Facsimile: (202) 514-0163
E-mail: jeffrey.pollak@usdoj.gov



U.S. Department of Justice

Criminal Division

Jeffrey S. Pollak
Criminal Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Dear Mr. Pollak:

      As an attorney for the Government employed full time by the Department of Justice and assigned to the Criminal Division, you are hereby authorized and directed to file information and to conduct in the Eastern District of California and any other judicial district, any kind of legal proceedings, civil or criminal, including grand jury proceedings and proceedings before United States District Judges, which United States Attorneys are authorized to conduct.

Sincerely,

Raymond N. Hulser
Deputy Assistant Attorney General

cc:  The Honorable McGregor Scott
     United States Attorney, Eastern District of California