BENJAMIN WAGNER, SBN 163581
  bwagner@gibsondunn.com
ROBERT E. DUNN, SBN 275600
  rdunn@gibsondunn.com
MARTIE P. KUTSCHER, SBN 302650
  mkutscher@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

Attorneys for Facebook, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO. 1:18-MC-00057-LJO-EPG<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:** |
| 2 | PLEASE TAKE NOTICE that the undersigned, Martie P. Kutscher, of the law firm of |
| 3 | Gibson, Dunn & Crutcher LLP hereby enters her appearance on behalf of Facebook, Inc. in the |
| 4 | above-captioned matter. Copies of all briefs, motions, orders, correspondence and other papers filed |
| 5 | with the Court may be electronically served on Martie P. Kutscher, pursuant to Local Rule 5-135(a), |
| 6 | at mkutscher@gibsondunn.com. |

Dated: February 7, 2019

                                          MARTIE P. KUTSCHER
                                          GIBSON, DUNN & CRUTCHER LLP

                                        By:   /s/ Martie P. Kutscher
                                                  Martie P. Kutscher

Attorneys for Facebook, Inc.

Gibson, Dunn & Crutcher LLP