BENJAMIN WAGNER, SBN 163581
   bwagner@gibsondunn.com
ROBERT E. DUNN, SBN 275600
   rdunn@gibsondunn.com
MARTIE P. KUTSCHER, SBN 302650
   mkutscher@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:   650.849.5333

Attorneys for Facebook, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO. 1:18-MC-00057-LJO-EPG<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the undersigned, Robert E. Dunn, of the law firm of Gibson, Dunn & Crutcher LLP hereby enters his appearance on behalf of Facebook, Inc. in the above-captioned matter.  Copies of all briefs, motions, orders, correspondence and other papers filed with the Court may be electronically served on Robert E. Dunn, pursuant to Local Rule 5-135(a), at rdunn@gibsondunn.com.

Dated: February 8, 2019

                                    ROBERT E. DUNN
                                    GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Robert E. Dunn
              Robert E. Dunn

Attorneys for Facebook, Inc.