IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO.  1:18-MC-00057-LJO-EPG<br><br>ORDER APPROVING DOCUMENTS 13, 14, 15, 16, 17, AND 17-1 FOR FILING UNDER SEAL |

IT IS HEREBY ORDERED that pursuant to Local Rule 141, Documents 13, 14, 15, 16, 17, and 17-1 are approved for filing under seal *ex parte* until further order of the Court.

IT IS SO ORDERED.

Dated:   **February 11, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

ORDER                                                                 1