Jennifer Stisa Granick (CA Bar No. 168423)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street, San Francisco, CA 94103
T: 415.343.0758
jgranick@aclu.org

Brett Max Kaufman
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor, New York, NY 10004
T: 212.549.2603
F: 212.549.2654
bkaufman@aclu.org

*Attorneys for Movants American Civil Liberties Union & American Civil Liberties Union Foundation\**

*\*Additional counsel for all Movants listed on signature page below.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| IN RE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION AND ORDER ISSUED IN OR ABOUT SEPTEMBER 2018 | Misc. Case No. 1:18-mc-00057-LJO-EPG<br><br>**ECF Case**<br><br>**Notice of Appeal** |
|---|---|

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Movants American Civil Liberties Union, American Civil Liberties Union Foundation, American Civil Liberties Union of Northern California, American Civil Liberties Union Foundation of Northern California, Electronic Frontier Foundation, and Riana Pfefferkorn hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on February 11, 2019, *see* ECF No. 26, denying Movants' motion to unseal (ECF No. 1).

NOTICE OF APPEAL

Respectfully submitted,

Dated: March 8, 2019        /s/ Jennifer Stisa Granick

| | |
|---|---|
| Christine P. Sun (CA Bar No. 218701)<br>Jacob A. Snow (CA Bar No. 270988)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: 415.621.2493<br>F: 415.255.8437<br>csun@aclunc.org<br>jsnow@aclunc.org<br><br>*Attorneys for Movants American Civil Liberties Union of Northern California & American Civil Liberties Union Foundation of Northern California* | Jennifer Stisa Granick (CA Bar No. 168423)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: 415.343.0758<br>jgranick@aclu.org<br><br>Brett Max Kaufman<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: 212.549.2603<br>bkaufman@aclu.org<br><br>*Attorneys for Movants American Civil Liberties Union & American Civil Liberties Union Foundation* |
| Riana Pfefferkorn (CA Bar No. 266817)<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>T: 650.736.8675<br>F: 650.725.4086<br>riana@law.stanford.edu<br><br>*Pro Se* | Nathan D. Cardozo (CA Bar No. 259097)<br>Andrew Crocker (CA Bar No. 291596)<br>Aaron Mackey (CA Bar No. 286647)<br>Camille Fischer<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>T: 415.436.9333<br>F: 415.436.9993<br>nate@eff.org<br>andrew@eff.org<br>amackey@eff.org<br>cfischer@eff.org<br><br>*Attorneys for Movant Electronic Frontier Foundation* |

NOTICE OF APPEAL

1