**JASSY VICK CAROLAN LLP**
Duffy Carolan (CA State Bar No. 154988)
601 Montgomery Street, Suite 850
San Francisco, California 94111
Telephone:     (415) 539-3399
Facsimile:      (415) 539-3394
dcarolan@jassyvick.com

Jean-Paul Jassy (Cal. Bar No. 205513)
Kevin L. Vick (Cal. Bar No. 220738)
Elizabeth Capel (Cal. Bar. No. 313390)
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
Tel: (310) 870-7048
jpjassy@jassyvick.com
kvick@jassyvick.com
ecapel@jassyvick.com

Attorneys for: WP Company LLC,
*dba The Washington Post*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018, | Misc. Case No. 1:18-mc-00057-LJO-EPG<br>Related Case No.: 1:18-cr-00207-LJO-SLO<br>(*USA v. Denis Barrera-Palma et al.*)<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Movant WP Company LLC, dba *The Washington Post*, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on February 11, 2019, *see* ECF No. 26, denying Movant's Motion to Unseal (ECF No. 3).

Dated:  March 13, 2019                                           **JASSY VICK CAROLAN LLP**

                                                                                  By:    /s/  *Duffy Carolan*
                                                                                  Duffy Carolan
                                                                                  Attorneys for WP Company LLC, *dba The Washington Post*

Notice of Appeal by *The Washington Post*

**REPRESENTATION STATEMENT PER CIR. RULE 3-2**

**Movant/Appellant**

| | | |
|---|---|---|
| WP Company LLC, dba The Washington Post | Represented by | Duffy Carolan<br>Jassy Vick Carolan LLP<br>400 Montgomery Street<br>Suite 200<br>San Francisco, CA 94104<br>Tel: (415) 539-3399<br>Fax: (415) 539-3394<br>dcarolan@jassyvick.com |
| | | Jean-Paul Jassy<br>Kevin L. Vick<br>Elizabeth Capel<br>800 Wilshire Blvd., Suite 800<br>Los Angeles, California 90017<br>Tel: (310) 870-7048<br>jpjassy@jassyvick.com<br>kvick@jassyvick.com<br>ecapel@jassyvick.com |

**Movant/Appellant**

| | | |
|---|---|---|
| American Civil Liberties Union & American Civil Liberties Union Foundation | Represented by | Jennifer Stisa Granick<br>American Civil Liberties Union Foundation<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0758<br>jgranick@aclu.org |
| | | Brett Max Kaufman<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2603<br>bkaufman@aclu.org |

**Movant/Appellant**

| | | |
|---|---|---|
| American Civil Liberties Union of Northern California & American Civil Liberties Union Foundation of Northern California | Represented by | Christine P. Sun<br>Jacob A. Snow<br>American Civil Liberties Union Foundation of Northern California & American Civil Liberties Union Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 621-2493 |

Notice of Appeal by *The Washington Post*

|   |   |   |
|---|---|---|
|   |   | Fax: (415) 255-8437<br>cscun@aclunc.org<br>jsnow@aclunc.org |
| **Movant/Appellant** |   |   |
| Electronic Frontier Foundation | Represented by | Nathan D. Cardozo<br>Andrew Crocker<br>Aaron Mackey<br>Camille Fischer<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel: (415) 436-9333<br>Fax: (415)9436-9993<br>nate@eff.org<br>andrew@eff.org<br>amackey@eff.org<br>cfischer@eff.org |
| **Movant/Appellant** |   |   |
| Riana Pfefferkorn | Represented by | Riana Pfefferkorn (Pro Se)<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Tel: (650) 736-8675<br>Fax: (650) 725-4086 |
| **Respondent** |   |   |
| United States District Court<br>Eastern District of Cal.<br>(Fresno Division)<br>(Hon. Lawrence J. O'Neill, presiding)<br>*2500 Tulare Street*<br>*Fresno, CA 93721* | Represented by | **Unknown** |
| **Other Interested Parties** |   |   |
| U.S. Department of Justice | Represented by | **Jeffrey S. Pollak**<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel (202) 514-6809<br>Fax: (202) 514-0163<br>jeffrey.pollak@usdoj.gov<br><br>**Kimberly A. Sanchez**<br>United States Attorney<br>Fresno Office |

Notice of Appeal by *The Washington Post*

| | | | |
|---|---|---|---|
| 1 | | | 2500 Tulare Street,,Suite 4401 |
| 2 | | | Fresno, CA 93721 |
| | | | Tel: (559) 497-4038 |
| 3 | | | kimberly.sanchez@usdoj.gov |
| 4 | | | |
| 5 | **Facebook, Inc.** | Represented by | **Benjamin B. Wagner** |
| | | | Gibson, Dunn & Crutcher |
| 6 | | | 1881 Page Mill Road |
| | | | Palo Alto, CA 94304 |
| 7 | | | Tel: (650) 849-5395 |
| 8 | | | Fax: (650) 849-5095 |
| | | | bwagner@gibsondunn.com |
| 9 | | | |
| | | | **Martie P. Kutscher** |
| 10 | | | Gibson Dunn and Crutcher LLP |
| | | | 1881 Page Mill Road |
| 11 | | | Palo Alto, CA 94304 |
| 12 | | | Tel: (650) 849-5300 |
| | | | Fax: 650-849-5333 |
| 13 | | | mkutscher@gibsondunn.com |
| 14 | | | **Robert E. Dunn** |
| | | | Gibson Dunn & Crutcher |
| 15 | | | 1881 Page Mill Road |
| 16 | | | Palo Alto, CA 94304-1211 |
| | | | Tel: (650) 849-5300 |
| 17 | | | Fax: 650-849-5333 |
| | | | rdunn@gibsondunn.com |

Notice of Appeal by *The Washington Post*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in the case.

　　　　　　　　　　　　　　　　　　　　　　/s/  *Duffy Carolan*