# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 19-15472    U.S. District Court Case No. 1:18-mc-00057-LJO-EPG

Short Case Title: In re Department of Justice/ACLU v. DOJ

Date Notice of Appeal Filed by Clerk of District Court: March 15, 2019

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| August 14, 2018 | unknown | hearing on motion to compel in sealed case |

(attach additional page for designations if necessary)

- [ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
- [✓] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
- [ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: April 15, 2019

Type or Print Name: Jennifer Stisa Granick

Signature of Attorney: /s/ Jennifer Stisa Granick    Phone Number: 415-343-0770

Address: 39 Drumm Street, San Francisco, CA 94111

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
*(Signature of court reporter)*

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____  Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____  Court Reporter's Signature _____

**SECTION D**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

_____    _____    BY: _____
*(U.S. District Court Clerk)*    *(date)*    DEPUTY CLERK

| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | **DUE DATE:** |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Jennifer Stisa Granick | 2. EMAIL<br>jgranick@aclu.org | 3. PHONE NUMBER<br>415-343-0758 | 4. DATE<br>3/27/2019 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>39 Drumm Street | | 6. CITY<br>San Francisco | 7. STATE<br>CA | 8. ZIP CODE<br>94111 |
| 9. CASE NUMBER<br>sealed | 10. JUDGE<br>sealed | DATES OF PROCEEDINGS | | |
| | | 11. FROM 8/14/2018 | 12. TO 8/14/2019 | |
| 13. CASE NAME<br>sealed | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Fresno | 15. STATE CA | |

**16. ORDER FOR**
- [✓] APPEAL No. 19-15472
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | 8/14/2018 | Sealed |
| [ ] JURY SELECTION | | | Oral arguments on contempt motion, or | | |
| [ ] OPENING STATEMENTS | | | any other contempt proceedings, in a sealed | | |
| [ ] CLOSING ARGUMENTS | | | case. These proceedings may be related to | | |
| [ ] JURY INSTRUCTIONS | | | U.S. v. Berrera-Palma et al., | | |
| | | | 18-cr-00207-LJO-SKO. | | |
| | | | Please see attached letter for more information. | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [✓] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| 19. SIGNATURE *[signed] Jennifer Granick* | ESTIMATE TOTAL | |
|---|---|---|
| 20. DATE<br>3/27/2019 | PROCESSED BY | |
| | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |