1
2                         IN THE UNITED STATES DISTRICT COURT
3                          EASTERN DISTRICT OF CALIFORNIA
4    IN RE U.S. DEPARTMENT OF JUSTICE          CASE NO.  1:18-MC-00057-LJO-EPG
     MOTION TO COMPEL FACEBOOK TO
5    PROVIDE TECHNICAL ASSISTANCE IN           ORDER ON MOTION TO CONFIRM THAT
     SEALED CASE, OPINION ISSUED IN OR         CERTAIN DOCUMENTS ARE PART OF THE
6    ABOUT SEPTEMBER 2018                      RECORD ON APPEAL
7
8           Currently pending before the Court is the Government's motion to confirm, pursuant to Federal
9    Rule of Appellate Procedure 10(e), that certain documents are part of the appellate record in the above-
10   captioned case.  Upon review of the Government's motion and the record in both this matter and related
11   sealed proceedings before the Court, the Court confirms that the Title III materials described in the
12   Court's February 11, 2019 Order—*i.e.*, the original motions, requests, substantive documents in support
13   and in opposition, transcript of evidentiary hearing, resulting Court Order of Decision, and related
14   docket entries, *see* Doc. 26 at 1-2—were before this Court and considered by the Court when it issued
15   the February 11, 2019 Order that is the subject of the appeals in Case Nos. 19-15472 and 19-15473 (9th
16   Cir.).
17          Accordingly, upon consideration of the Government's motion to confirm that certain documents
18   are part of the appellate record, IT IS HEREBY ORDERED that the Government's motion is
19   GRANTED.
20          IT IS SO ORDERED.
21          Dated: May 3, 2019                            /s/ Lawrence J. O'Neill
22                                                 UNITED STATES CHIEF DISTRICT JUDGE
23
24
25
26
27
28

ORDER