IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018

CASE NO. 1:18-MC-00057-LJO-EPG

[PROPOSED] ORDER ON REQUEST TO TEMPORARILY SEAL EXHIBIT A TO THE GOVERNMENT'S MOTION TO UNSEAL IN PART ITS RESPONSE TO MOVANTS' APPLICATIONS TO UNSEAL TITLE III MATERIALS

Currently pending before the Court is the Government's Request, pursuant to Local Rule 141, to Temporarily Seal Exhibit A to its Motion to Unseal in Part Response to Movants' Applications to Unseal Title III Materials. Upon consideration of the Government's Request to Temporarily Seal and the entire record herein, it is

HEREBY ORDERED that the Government's Request is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall place Exhibit A to the Government's Motion to Unseal in Part Response to Movants' Applications to Unseal Title III Materials under seal pending further Order of the Court.

Dated: Oct 2 2019

/s/ _____
LAWRENCE J. O'NEILL
UNITED STATES CHIEF DISTRICT JUDGE