IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE U.S. DEPARTMENT OF JUSTICE MOTION TO COMPEL FACEBOOK TO PROVIDE TECHNICAL ASSISTANCE IN SEALED CASE, OPINION ISSUED IN OR ABOUT SEPTEMBER 2018 | CASE NO. 1:18-MC-00057-LJO-EPG<br><br>ORDER ON THE GOVERNMENT'S MOTION TO UNSEAL IN PART ITS RESPONSE TO MOVANTS' APPLICATIONS TO UNSEAL TITLE III MATERIALS |

Currently pending before the Court is the Government's Motion to Unseal in Part Its Response to Movants' Applications to Unseal Title III Materials. Upon consideration of the Government's Motion and the entire record herein, it is

HEREBY ORDERED that the Government's Motion is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall unseal Exhibit A to the Government's Motion to Unseal in Part Response to Movants' Applications to Unseal Title III Materials, which is presently docketed under seal at ECF No. 40, and place it on the public docket.

IT IS SO ORDERED.

Dated: **January 22, 2020**       /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1